*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HARRELL, PICTON, and KORN
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**David JUAREZALVAREZ**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500179**

———————————

Decided: 4 December 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Todd J. Gaston (arraignment)
Matthew M. Harris (guilty plea)

Sentence adjudged 13 March 2025 by a general court-martial convened at Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for six months, and a bad-conduct discharge.[1]

For Appellant:
*Major Colin W. Hotard, USMCR*

---

[1] Appellant was credited with having served 154 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.